**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-11009-pmm |
| | : | |
| Michael Taccetta and | : | Chapter 13 |
| Linda Marie Taccetta | : | |
| | : | |
| Debtors. | : | |

**PRAECIPE TO WITHDRAW COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE'S OBJECTION TO CONFIRMATION OF DEBTORS' <u>CHAPTER 13 PLAN DATED APRIL 14, 2023</u>**

Kindly withdraw the Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtors' Chapter 13 Plan dated April 14, 2023 at Docket 28.

Date: December 21, 2023

Respectfully submitted,

MICHELLE A. HENRY
Attorney General

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215) 560-2133
Fax: (717) 772-4526
E-mail: bkubisiak@attorneygeneral.gov

BY: _____
BRAD G. KUBISIAK
Deputy Attorney General
Attorney I.D. No. 315714

MELISSA L. VAN ECK
Chief Deputy Attorney General
Financial Enforcement Section