## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 23-11009-pmm |
| | : | |
| Michael Taccetta and | : | Chapter 13 |
| Linda Marie Taccetta | : | |
| | : | |
| Debtors. | : | |

## **CERTIFICATE OF SERVICE**

I, Brad G. Kubisiak, hereby certify that *Praecipe to Withdraw Commonwealth of Pennsylvania, Department of Revenue's Objection to Confirmation of Debtors' Chapter 13 Plan dated April 14, 2023* has been filed electronically on this day, and is available for viewing and downloading from the Court's Electronic Case Filing System. I further certify that I have served the foregoing document via email only on the following:

| | |
|---|---|
| Michael A. Cibik<br>Cibik Law, P.C.<br>1500 Walnut Street, Suite 900<br>Philadelphia, PA 19102<br>(215) 735-1060<br>Email: mail@cibiklaw.com<br>*Counsel for Debtor* | Scott F. Waterman<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606<br>(610) 779-1313<br>Email: ECFmail@ReadingCh13.com<br>*Chapter 13 Trustee* |

MICHELLE A. HENRY
Attorney General

Date:   December 21, 2023                       By:   _____
                                                      BRAD G. KUBISIAK

COMMONWEALTH OF PENNSYLVANIA         Deputy Attorney General
OFFICE OF ATTORNEY GENERAL            Attorney I.D. No. 315714
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Tel: (215)560-2133                              MELISSA L. VAN ECK
Fax: (717) 772-4526                             Chief Deputy Attorney General
Email: bkubisiak@attorneygeneral.gov            Financial Enforcement Section