UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michael Taccetta<br>    Linda Marie Taccetta<br><br>                  Debtors | Chapter 13<br><br>Bankruptcy No. 23-11009-PMM |

### CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 31st day of January, 2024 by first class mail upon those listed below:

Michael Taccetta
2804 Eagle Nest Ln
Nazareth, PA  18064-1460

Linda Marie Taccetta
2804 Eagle Nest Ln
Nazareth, PA

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Dave P. Adams, Esq.
Office of the United States Trustee

 

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee