**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Michael Taccetta,<br>    Linda Taccetta,<br><br>                Debtors. | Case No. 23-11009-pmm<br><br>Chapter 13 |

## Certificate of Service

    I certify that on this date I served a true and correct copy of the Debtor's Second Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Commonwealth of Pennsylvania (CM/ECF)

Freedom Mortgage Corporation (CM/ECF)

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

New York State Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

Kia Motors Finance
P.O. Box 20825
Fountain Valley, CA 92728


Date: March 12, 2024

                                                  /s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com