United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-11009-pmm
Michael Taccetta  Chapter 13
Linda Marie Taccetta
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: May 16, 2024      Form ID: 155      Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Michael Taccetta, Linda Marie Taccetta, 2804 Eagle Nest Ln, Nazareth, PA 18064-1460 |
| 14771779 | + | Capital Bank N.A., 2275 Research Blvd. Ste 600, Rockville, MD 20850-6238 |
| 14771784 | | City of New York, Department of Finance, 1 Centre St Fl 22, New York, NY 10007-1632 |
| 14771785 | | City of New York, Law Department, 100 Church St, New York, NY 10007-2601 |
| 14773870 | | Commonwealth of PA, Dept. of Revenue, C/O Brad G. Kubisiak, The Phoenix Bldg. 1600 Arch St., Ste. 300, Philadelphia, PA 19103 |
| 14773387 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14771803 | + | Nazareth Area School District, 1 Education Plz, Nazareth, PA 18064-2397 |
| 14771804 | + | Northampton County Revenue Division, 669 Washington St Rm 2132, Easton, PA 18042-7490 |
| 14771808 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14771811 | + | Regency Cons Disc Co I, 1830 Stefko Blvd, Bethlehem, PA 18017-6235 |
| 14771814 | | State of New York, Office of the Attorney General, 1 Empire State Plz, Albany, NY 12223-1100 |
| 14771818 | + | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14771820 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 14771822 | | Upper Nazareth Township, 100 Newport Ave, Nazareth, PA 18064-1153 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14771772 | + | Email/PDF: AffirmBKNotifications@resurgent.com | May 17 2024 00:12:57 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14781243 | | Email/PDF: bncnotices@becket-lee.com | May 17 2024 00:13:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14771773 | | Email/PDF: bncnotices@becket-lee.com | May 17 2024 00:13:37 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14771774 | | Email/Text: bk@avant.com | May 17 2024 00:20:00 | Avant LLC, Attn: Bankruptcy, PO Box 9183380, Chicago, IL 60691-3380 |
| 14771775 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 17 2024 00:11:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14771776 | | Email/Text: BarclaysBankDelaware@tsico.com | May 17 2024 00:12:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 14771778 | ^ | MEBN | May 17 2024 00:06:21 | Bread, Attn: Bankruptcy 156 Fifth Avenue 2nd Fl, New York, NY 10010-7734 |
| 14771781 | | Email/Text: BKPT@cfna.com | May 17 2024 00:11:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14771787 | | Email/Text: cfcbackoffice@contfinco.com | May 17 2024 00:12:00 | Continental Finance Company, Attn: Bankruptcy, PO Box 8099, Newark, DE 19714-8099 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14782437 | | Email/Text: BKPT@cfna.com | May 17 2024 00:11:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OH 44181-8011 |
| 14779810 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:24:08 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14771780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 17 2024 00:13:29 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14783625 | + | Email/PDF: ebn_ais@aisinfo.com | May 17 2024 00:24:11 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14771783 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:07 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14787599 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 17 2024 00:13:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14771786 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 17 2024 00:12:00 | Comenity Bank, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14771788 | + | Email/PDF: creditonebknotifications@resurgent.com | May 17 2024 00:13:32 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14771790 | ^ | MEBN | May 17 2024 00:05:46 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 14780685 | + | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Bank, P.O. Box 3025, New Albany OH 43054-3025 |
| 14771789 | + | Email/Text: mrdiscen@discover.com | May 17 2024 00:11:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14771793 | | Email/Text: BNSFS@capitalsvcs.com | May 17 2024 00:11:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |
| 14771791 | + | Email/Text: bnc-bluestem@quantum3group.com | May 17 2024 00:20:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14771792 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 17 2024 00:13:33 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14771794 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 17 2024 00:11:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 14787600 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2024 00:12:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 14773030 | + | Email/Text: EBN@brockandscott.com | May 17 2024 00:11:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14771795 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2024 00:12:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14773031 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 17 2024 00:12:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14785798 | | Email/Text: bankruptcy@greenskycredit.com | May 17 2024 00:12:00 | Greensky,LLC, 3155 Royal Drive Suite 175, Alpharetta, GA 30022-2479 |
| 14771796 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 17 2024 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14771797 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 17 2024 00:12:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 14789042 | ^ | MEBN | May 17 2024 00:06:07 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 14771798 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 17 2024 00:12:00 | Internal Revenue Service, Centralized Insolvency |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14771782 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 17 2024 00:23:52 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850 |
| 14782685 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 17 2024 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14771799 | + | Email/Text: EBNBKNOT@ford.com | May 17 2024 00:20:00 | Kia Motors Finance, Attn: Bankruptcy, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14783480 | | Email/PDF: resurgentbknotifications@resurgent.com | May 17 2024 00:23:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14771800 | | Email/Text: camanagement@mtb.com | May 17 2024 00:12:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 14771802 | | Email/Text: ml-ebn@missionlane.com | May 17 2024 00:11:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14771801 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 17 2024 00:13:37 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14795885 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 17 2024 00:20:00 | New York State Department of Taxation & Finance, Bankruptcy Section, P O Box 5300, Albany, NY 12205-0300 |
| 14771805 | | Email/PDF: cbp@omf.com | May 17 2024 01:40:02 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14771806 | | Email/Text: fesbank@attorneygeneral.gov | May 17 2024 00:12:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14771809 | | Email/Text: bkrgeneric@penfed.org | May 17 2024 00:11:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 14788473 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2024 00:11:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14771777 | | Email/Text: Bankruptcy.Notices@pnc.com | May 17 2024 00:11:00 | BBVA, Attn: Bankruptcy 5 South 20th st, Birmingham, AL 35233 |
| 14771810 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 17 2024 00:12:57 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14771807 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 17 2024 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14771808 | ^ | MEBN | May 17 2024 00:06:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14804774 | | Email/Text: bnc-quantum@quantum3group.com | May 17 2024 00:12:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14771817 | | Email/Text: bankruptcy@sunbit.com | May 17 2024 00:11:00 | Tab/sunbit, Attn: Bankruptcy 10880 Wilshire Blv Suit, Los Angeles, CA 90024 |
| 14771812 | | Email/Text: DeftBkr@santander.us | May 17 2024 00:12:00 | Santander Bank, 75 State St, Boston, MA 02109-1827 |
| 14771813 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | May 17 2024 00:20:00 | State of New York, Department of Taxation and Finance, Building 9, Albany, NY 12227-0001 |
| 14771815 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 17 2024 00:24:28 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14771816 | + | Email/Text: synovusbankruptcy@synovus.com | May 17 2024 00:20:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, PO Box 120, Columbus, GA 31902-0120 |
| 14774858 | + | Email/Text: tdebn@credbankserv.com | May 17 2024 00:12:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2024 | Form ID: 155 | Total Noticed: 71 |

| | | | | |
|---|---|---|---|---|
| 14771818 | ^ MEBN | | May 17 2024 00:06:12 | Td Retail Card Services, MS BT, POB 9475, Minneapolis, MN 55440-9475 |
| 14771819 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | May 17 2024 00:12:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 259001, Plano, TX 75025-9001 |
| 14771821 | ^ MEBN | | May 17 2024 00:05:53 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 59

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14781246 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14786979 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRAD KUBISIAK | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bkubisiak@attorneygeneral.gov |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Michael Taccetta help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Linda Marie Taccetta help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Michael Taccetta )<br> )<br> )<br>   Linda Marie Taccetta )<br> )<br>   Debtor(s). ) | Case No. 23−11009−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 16, 2024                                                                                    For The Court

                                                                                                         Patricia M. Mayer
                                                                                                         Judge, United States Bankruptcy Court