**NEW YORK STATE | Department of Taxation and Finance**

FILED
JUL 1 8 2024
TIMOTHY McGRATH, CLERK
_____ DEP. CLERK

**Civil Enforcement Division – Bankruptcy Unit**
PO Box 5300, Albany NY 12205

July 9, 2024

Scott F. Waterman, Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Re:   Michael Taccetta
      Case number: 23-11009

To whom it may concern,

We have received the following payment(s) for the above referenced chapter 13 case:

| Payment Date | Payment Number | Payment Amount |
|---|---|---|
| 06/21/2024 | 17251440 | $588.00 |

Payments and credits previously applied to the debtor's case have reduced the New York State Department of Taxation and Finance's claim balance to zero. We are returning the payment(s) listed above, since the debtor's claim liabilities have been fully satisfied. Please adjust your records accordingly and discontinue sending payments for the above referenced case number.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

M. Wolter

Marla Wolter
Office Assistant III

Enclosure: Remt0703240581259

CC: Bankruptcy Court Clerk