**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Michael Taccetta,<br>    Linda Marie Taccetta,<br><br>           Debtor. | Case No. 23-11009-PMM<br><br>Chapter 13 |

**Application for Compensation by Debtor's Counsel**

Applicant Cibik Law P.C. applies under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is counsel for the debtor.

2. The debtor filed a petition under chapter 13 on April 3, 2023.

3. The debtor's annualized current monthly income as set forth on Form B22C is above-median (the amount on line 15 is not less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. The debtor paid Applicant $2,593.00 prior to filing the petition.

6. A copy of the Applicant's disclosure of compensation pursuant to Fed. R. Bankr. P. 2016(b) is attached as Exhibit A.

7. Time records are attached as Exhibit B.

8. None of the compensation paid to Applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. §504(c) applies.

9. The Applicant requests an award of $7,812.50 in compensation and of $0.00 in reimbursement of actual necessary expenses.

    **NOW, THEREFORE**, Applicant requests an award of compensation in the form of order attached.

Date: August 26, 2024                             CIBIK LAW, P.C.
                                                  *Counsel for Debtor*

                                                  By: /s/ Michael A. Cibik
                                                  Michael A. Cibik (#23110)
                                                  1500 Walnut Street, Suite 900
                                                  Philadelphia, PA 19102
                                                  215-735-1060
                                                  mail@cibiklaw.com

2