**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | | Period |
|---|---|---|---|
| 23-11009 | Taccetta | | Pre-Confirmation |
| Summary of Fees | | | |
| In this case, the applicant assisted the debtors with confirmation of a chapter 13 plan. One debtor was self-employed and above median. | | | |

| Date | Staff | Description | Hours |
|---|---|---|---|
| 03/29/2023 | Attorney | Phone call with client to discuss case status | 0.70 |
| 04/03/2023 | Attorney | Phone call with client to discuss case status | 0.10 |
| 04/03/2023 | Attorney | Phone call with client to discuss case status | 0.20 |
| 04/03/2023 | Attorney | Drafted chapter 13 petition and social security statement | 0.30 |
| 04/03/2023 | Paralegal | Filed chapter 13 petition with the court | 0.20 |
| 04/03/2023 | Attorney | Drafted matrix list of creditors upon review of credit report and other documents | 0.60 |
| 04/04/2023 | Attorney | Drafted motion to transfer case to PAEB | 0.50 |
| 04/04/2023 | Paralegal | Filed motion to transfer case | 0.10 |
| 04/14/2023 | Attorney | Phone call with client to discuss case status | 1.03 |
| 04/14/2023 | Attorney | Drafted chapter 13 plan | 1.00 |
| 04/14/2023 | Paralegal | Filed chapter 13 plan with the court | 0.10 |
| 04/17/2023 | Paralegal | Filed motion to extend time to file schedules | 0.10 |
| 04/19/2023 | Attorney | Drafted schedules, statements, and other documents | 5.00 |
| 04/19/2023 | Paralegal | Filed schedules, statements, and other documents with the court | 0.10 |
| 04/25/2023 | Attorney | Reviewed objection to confirmation filed by Freedom Mortgage | 0.20 |
| 05/23/2023 | Paralegal | Provided various documents to trustee for meeting of creditors after redaction of PII | 1.50 |
| 06/02/2023 | Attorney | Phone call with client to discuss case status | 0.10 |
| 06/13/2023 | Attorney | Phone call with client to discuss case status | 0.10 |
| 06/19/2023 | Attorney | Drafted amended Schedules A/B and C | 1.00 |
| 07/18/2023 | Attorney | Reviewed objection to confirmation filed by Commonwealth of PA | 0.20 |
| 08/24/2023 | Attorney | Reviewed objection to confirmation filed by trustee | 0.10 |
| 08/25/2023 | Attorney | Reviewed 33 proofs of claim to verify facial validity | 3.30 |
| 08/30/2023 | Attorney | Phone call with client to discuss case status | 0.40 |
| 09/28/2023 | Attorney | Phone call with client to discuss case status | 0.40 |
| 09/29/2023 | Attorney | Represented debtors at meeting of creditors | 0.40 |
| 09/29/2023 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 09/29/2023 | Paralegal | Filed amended chapter 13 plan | 0.10 |
| 01/31/2024 | Attorney | Reviewed motion to dismiss filed by trustee | 0.10 |
| 02/08/2024 | Attorney | Phone call with client to discuss case status | 0.70 |
| 03/12/2024 | Attorney | Drafted amended schedule A/B | 0.40 |

**Summary and Itemization of Fees (Cont'd)**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 03/12/2024 | Paralegal | Filed amended schedule A/B | 0.10 |
| 03/12/2024 | Attorney | Drafted amended chapter 13 plan | 1.00 |
| 03/12/2024 | Paralegal | Filed amended chapter 13 plan | 0.10 |
| 05/13/2024 | Attorney | Drafted amended chapter 13 plan | 0.50 |
| 05/13/2024 | Paralegal | Filed amended chapter 13 plan | 0.10 |
| 08/26/2024 | Attorney | Reviewed time slips and drafted fee application | 1.00 |

|   |   |
|---|---|
| Total Attorney Hours | 19.83 |
| Attorney Hourly Rate | $375.00 |
| **Attorney Total** | **$7,437.50** |
| Total Paralegal Time | 2.50 |
| Paralegal Hourly Rate | $150.00 |
| **Paralegal Total** | **$375.00** |
| Subtotal | $7,812.50 |
| Adjustment | $0.00 |
| **Grand Total** | **$7,812.50** |
| Pre-Petition Payment | $2,593.00 |
| Balance Due | $5,219.50 |
| Unaccounted Time | 0.00 |