# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Michael Taccetta,
    Linda Marie Taccetta,

        Debtor.

Case No. 23-11009-PMM

Chapter 13

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Michael Taccetta
Linda Marie Taccetta
2804 Eagle Nest Ln
Nazareth, PA 18064-1460

Date: August 26, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com