**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**
Reading Division

| | |
|---|---|
| Michael Tacetta and Linda Marie Taccetta, <br> *Debtors*. | Chapter 13 <br> Case No. 23-11009-pmm |

**Certificate of Service**

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system, and on the parties listed below by first class mail.

- Modified Chapter 13 Plan

- Motion to Modify Plan After Confirmation

- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

| | |
|---|---|
| Internal Revenue Service <br> Centralized Insolvency Operation <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 | Hyundai Capital America DBA Kia Finance America <br> P.O. Box 20825 <br> Fountain Valley, CA 92728 |

| | |
|---|---|
| Dated: November 27, 2024 | CIBIK LAW, P.C. <br> *Counsel for Debtor* <br><br> By: *[signature]* <br> Michael A. Cibik (#23110) <br> 1500 Walnut Street, Suite 900 <br> Philadelphia, PA 19102 <br> 215-735-1060 <br> mail@cibiklaw.com |