**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Michael Tacetta and Linda Marie Taccetta, *Debtors*. | Chapter 13<br>Case No. 23-11009-pmm |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 67, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 66) is **approved**.

*Patricia M. Mayer* (signature)

**Date:** 12/19/24

Honorable Patricia M. Mayer
U.S. Bankruptcy Judge