**NEW YORK STATE | Department of Taxation and Finance**

FILED
FEB 13 2025
TIMOTHY McGRATH, CLERK
BY _____ DEP CLERK

Civil Enforcement Division – Bankruptcy Unit
PO Box 5300, Albany NY 12205

February 3, 2025

Scott F. Waterman
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Re:   Michael Taccetta
      Case number: 23-11009

To whom it may concern,

We have received the following payment(s) for the above referenced chapter 13 case:

| Payment Date | Payment Number | Payment Amount |
|---|---|---|
| 01/17/2025 | 17256796 | $1,137.00 |

Payments and credits previously applied to the debtor's case have reduced the New York State Department of Taxation and Finance's claim balance to zero. We are returning the payment(s) listed above, since the debtor's claim liabilities have been fully satisfied. Please adjust your records accordingly and discontinue sending payments for the above referenced case number.

If you have any questions, please contact the Bankruptcy Unit at 518-457-3160.

Sincerely,

M. Wolter

Marla Wolter
Office Assistant III

Enclosure: REMT0128250597741

CC: Bankruptcy Court Clerk