| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
#### Chapter 13 Case No. 23-11009-PMM

Michael Taccetta  
Linda Marie Taccetta  
2804 Eagle Nest Ln  
Nazareth  PA    18064-1460  

Petition Filed Date: 04/03/2023  
341 Hearing Date: 06/13/2023  
Confirmation Date: 05/16/2024  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2024 | $6,400.00 | | 09/12/2024 | $6,400.00 | | 10/15/2024 | $6,400.00 | |
| 11/13/2024 | $6,400.00 | | 12/12/2024 | $6,189.00 | | 01/13/2025 | $6,189.00 | |
| 02/12/2025 | $6,189.00 | | 03/12/2025 | $6,189.00 | | 04/14/2025 | $6,189.00 | |
| 05/12/2025 | $6,189.00 | | 06/12/2025 | $6,189.00 | | 07/14/2025 | $6,189.00 | |

**Total Receipts for the Period:  $75,112.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $163,301.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $7,897.21 | $3,868.81 | $4,028.40 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6,808.61 | $0.00 | $6,808.61 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 002 | Unsecured Creditors | $822.92 | $0.00 | $822.92 |
| 4 | ONE MAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $11,298.54 | $0.00 | $11,298.54 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04S | Secured Creditors | $184,963.54 | $90,612.80 | $94,350.74 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $42,303.94 | $42,303.94 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $12,261.84 | $0.00 | $12,261.84 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $3,382.79 | $0.00 | $3,382.79 |
| 9 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 006 | Unsecured Creditors | $223.05 | $0.00 | $223.05 |
| 10 | DISCOVER BANK<br>»» 007 | Unsecured Creditors | $955.83 | $0.00 | $955.83 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $999.01 | $0.00 | $999.01 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $393.43 | $0.00 | $393.43 |
| 13 | CREDIT FIRST NA<br>»» 010 | Unsecured Creditors | $597.98 | $0.00 | $597.98 |
| 14 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $1,543.75 | $0.00 | $1,543.75 |
| 15 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,723.10 | $0.00 | $1,723.10 |

**Chapter 13 Case No. 23-11009-PMM**

| # | Creditor | Type | Amount | Paid | Balance |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $788.25 | $0.00 | $788.25 |
| 17 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $8,175.90 | $0.00 | $8,175.90 |
| 18 | LVNV FUNDING LLC »» 015 | Unsecured Creditors | $566.83 | $0.00 | $566.83 |
| 19 | LVNV FUNDING LLC »» 016 | Unsecured Creditors | $279.52 | $0.00 | $279.52 |
| 20 | CAPITAL ONE BANK (USA) NA »» 017 | Unsecured Creditors | $4,560.71 | $0.00 | $4,560.71 |
| 21 | LVNV FUNDING LLC »» 018 | Unsecured Creditors | $619.24 | $0.00 | $619.24 |
| 22 | CAPITAL ONE BANK (USA) NA »» 019 | Unsecured Creditors | $1,051.36 | $0.00 | $1,051.36 |
| 23 | CAPITAL ONE BANK (USA) NA »» 020 | Unsecured Creditors | $270.52 | $0.00 | $270.52 |
| 24 | GREENSKY LLC »» 021 | Unsecured Creditors | $1,816.20 | $0.00 | $1,816.20 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 26 | CITIBANK NA »» 023 | Unsecured Creditors | $413.79 | $0.00 | $413.79 |
| 27 | FREEDOM MORTGAGE CORPORATION »» 024 | Mortgage Arrears | $3,569.16 | $1,748.50 | $1,820.66 |
| 28 | CITIBANK NA »» 025 | Unsecured Creditors | $257.72 | $0.00 | $257.72 |
| 29 | LVNV FUNDING LLC »» 026 | Unsecured Creditors | $686.33 | $0.00 | $686.33 |
| 30 | LVNV FUNDING LLC »» 027 | Unsecured Creditors | $437.71 | $0.00 | $437.71 |
| 31 | LVNV FUNDING LLC »» 028 | Unsecured Creditors | $1,604.05 | $0.00 | $1,604.05 |
| 32 | PNC BANK »» 029 | Unsecured Creditors | $7,673.51 | $0.00 | $7,673.51 |
| 33 | HYUNDAI CAPITAL AMERICA DBA »» 030 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES »» 031 | Unsecured Creditors | $4,067.08 | $0.00 | $4,067.08 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES »» 032 | Unsecured Creditors | $89.19 | $0.00 | $89.19 |
| 36 | NEW YORK STATE DEPT - TAXATION »» 033 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 37 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $5,235.40 | $5,235.40 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $5,219.50 | $5,219.50 | $0.00 |
| 38 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | CFNA/CREDIT FIRST NATL ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | FIRST SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | SANTANDER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | SYNCHRONY CAR CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | SYNCHRONY/AMAZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | TAB/SUNBIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 50 | TARGET NB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11009-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $163,301.00 | Current Monthly Payment: | $6,189.00 |
| Paid to Claims: | $148,988.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $14,312.04 | Total Plan Base: | $361,349.00 |
| Funds on Hand: | $0.01 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.