UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

**INRE:**

MICHAEL TACCETTA
LINDA MARIE TACCETTA

**Chapter:** 13
**Claim Number:** 17
**Case Number:** 23-11009

**Debtor(s)**

### WITHDRAWAL OF PROOF OF CLAIM

Creditor, Capital One N.A. by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 05/22/2023, marked as claim number 17 on the court's claims register and in the amount of $4,560.71.

Dale: 03/16/2026

/s/ Khushboo Jangid

_____

Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118