**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**INRE:**

    MICHAEL TACCETTA
    LINDA MARIE TACCETTA

**Chapter:** 13
**Claim Number:** 19
**Case Number:** 23-11009

**Debtor(s)**

## WITHDRAWAL OF PROOF OF CLAIM

Creditor, Capital One N.A. by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 05/24/2023, marked as claim number 19 on the court's claims register and in the amount of $1,051.36.

Dale: 03/16/2026

/s/ Khushboo Jangid

_____

Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118