**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

**INRE:**

MICHAEL TACCETTA
LINDA MARIE TACCETTA

**Chapter:** 13
**Claim Number:** 20
**Case Number:** 23-11009

**Debtor(s)**

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Capital One N.A. by AIS InfoSource LP as agent, hereby withdraws its Proof of Claim, filed on 05/24/2023, marked as claim number 20 on the court's claims register and in the amount of $270.52.

Dale: 03/16/2026

/s/ Khushboo Jangid

Capital One N.A. by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118