Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Linda Marie Taccetta
2804 Eagle Nest Ln
Nazareth, PA

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 23-11009-PMM**

Petition Filed Date: 04/03/2023
341 Hearing Date: 06/13/2023
Confirmation Date: 05/16/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2025 | $6,189.00 | | 09/17/2025 | $6,189.00 | | 10/20/2025 | $6,189.00 | |
| 11/17/2025 | $6,189.00 | | 12/15/2025 | $6,189.00 | | 01/14/2026 | $6,189.00 | |
| 02/17/2026 | $6,189.00 | | 03/16/2026 | $6,189.00 | | 04/20/2026 | $6,000.00 | |
| 05/14/2026 | $6,189.00 | | 06/15/2026 | $6,189.00 | | 07/14/2026 | $6,189.00 | |

**Total Receipts for the Period: $74,079.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $237,291.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $7,897.21 | $6,619.90 | $1,277.31 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6,808.61 | $0.00 | $6,808.61 |
| 3 | TD RETAIL CREDIT SERVICES<br>»» 002 | Unsecured Creditors | $822.92 | $0.00 | $822.92 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 003 | Unsecured Creditors | $11,298.54 | $0.00 | $11,298.54 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04S | Secured Creditors | $184,963.54 | $155,047.29 | $29,916.25 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $42,303.94 | $42,303.94 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $12,261.84 | $0.00 | $12,261.84 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $3,382.79 | $0.00 | $3,382.79 |
| 9 | CW NEXUS CREDIT CARD HOLDINGS LLC<br>»» 006 | Unsecured Creditors | $223.05 | $0.00 | $223.05 |
| 10 | DISCOVER BANK<br>»» 007 | Unsecured Creditors | $955.83 | $0.00 | $955.83 |
| 11 | AMERICAN EXPRESS NATIONAL BANK<br>»» 008 | Unsecured Creditors | $999.01 | $0.00 | $999.01 |
| 12 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $393.43 | $0.00 | $393.43 |

**Chapter 13 Case No. 23-11009-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | CREDIT FIRST NA<br>»» 010 | Unsecured Creditors | $597.98 | $0.00 | $597.98 |
| 14 | JP MORGAN CHASE BANK NA<br>»» 011 | Unsecured Creditors | $1,543.75 | $0.00 | $1,543.75 |
| 15 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,723.10 | $0.00 | $1,723.10 |
| 16 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $788.25 | $0.00 | $788.25 |
| 17 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $8,175.90 | $0.00 | $8,175.90 |
| 18 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $566.83 | $0.00 | $566.83 |
| 19 | LVNV FUNDING LLC<br>»» 016 | Unsecured Creditors | $279.52 | $0.00 | $279.52 |
| 20 | CAPITAL ONE BANK (USA) NA<br>»» 017 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $619.24 | $0.00 | $619.24 |
| 22 | CAPITAL ONE BANK (USA) NA<br>»» 019 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | CAPITAL ONE BANK (USA) NA<br>»» 020 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | GREENSKY INC #3877<br>»» 021 | Unsecured Creditors | $1,816.20 | $0.00 | $1,816.20 |
| 25 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $498.48 | $0.00 | $498.48 |
| 26 | CITIBANK NA<br>»» 023 | Unsecured Creditors | $413.79 | $0.00 | $413.79 |
| 27 | FREEDOM MORTGAGE CORPORATION<br>»» 024 | Mortgage Arrears | $3,569.16 | $2,991.88 | $577.28 |
| 28 | CITIBANK NA<br>»» 025 | Unsecured Creditors | $257.72 | $0.00 | $257.72 |
| 29 | LVNV FUNDING LLC<br>»» 026 | Unsecured Creditors | $686.33 | $0.00 | $686.33 |
| 30 | LVNV FUNDING LLC<br>»» 027 | Unsecured Creditors | $437.71 | $0.00 | $437.71 |
| 31 | LVNV FUNDING LLC<br>»» 028 | Unsecured Creditors | $1,604.05 | $0.00 | $1,604.05 |
| 32 | PNC BANK<br>»» 029 | Unsecured Creditors | $7,673.51 | $0.00 | $7,673.51 |
| 33 | HYUNDAI CAPITAL AMERICA DBA<br>»» 030 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 031 | Unsecured Creditors | $4,067.08 | $0.00 | $4,067.08 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 032 | Unsecured Creditors | $89.19 | $0.00 | $89.19 |
| 36 | NEW YORK STATE DEPT - TAXATION<br>»» 033 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 37 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $5,235.40 | $5,235.40 | $0.00 |
| 0 | CIBIK LAW, PC | Attorney Fees | $5,219.50 | $5,219.50 | $0.00 |
| 38 | BANK OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | CFNA/CREDIT FIRST NATL ASSOC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 41 | CONTINENTAL FINANCE COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 42 | FIRST SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 43 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 44 | MISSION LANE LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 45 | SANTANDER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 46 | SYNCHRONY CAR CARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 47 | SYNCHRONY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 48 | SYNCHRONY/AMAZON | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 49 | TAB/SUNBIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11009-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 50 | TARGET NB | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $237,291.00 | Current Monthly Payment: | $6,189.00 |
| Paid to Claims: | $217,417.91 | Arrearages: | $278.00 |
| Paid to Trustee: | $19,873.09 | Total Plan Base: | $361,349.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.